## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**ANNA SIARKOWSKI,** *Individually*                    *
**2260 Westwood Drive**
**Waldorf, Maryland 20601**                             *

**and**                                                 *

**ANNA SIARKOWSKI, as Mother and Next**                 *
**Friend of** *BAS,* **A Minor**
**2260 Westwood Drive**                                 *
**Waldorf, Maryland 20601**
                                                        *
**and**
                                                        *
**ANNA SIARKOWSKI, as Mother and Next**
**Friend of** *NHS* **A Minor**      *
**2260 Westwood Drive**
**Waldorf, Maryland 20601**                             *

      **Plaintiffs,**                *

**v.**                                                  * **Case No.: 8:15-cv-430**

**PETCO ANIMAL SUPPLIES, INC.**                         *
**9151 Rehco Road**
**San Diego, California 92121**                          *

**and**                                                 *

**SUNPET, LTD.**                                        *
**3765 Zip Industrial Boulevard, SE**
**Atlanta, Georgia 30354**                              *

      **Defendants.**
                                          ## COMPLAINT

COMES NOW the Plaintiff, Anna Siarkowski, Individually, and as the

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

Mother and Next Friend of BAS and NHS, Minors, by and through their attorneys, Justin D. Stuller, Barrett Schultz, and Eugene M. Zoglio, P.A., and files this Complaint against the Defendant, PETCO Animal Supplies, Inc., and SunPet LTD, and states as follows:

## PARTIES, JURISDICTION, AND VENUE

1.      That Plaintiff, Anna Siarkowski (hereinafter referred to as "Plaintiff Anna"), is a resident of Charles County, Maryland.  Plaintiff Anna is the Mother and Next Friend of BAS (hereinafter referred to as "Plaintiff BAS") and NHS (hereinafter referred to as "Plaintiff NHS) both of which are minors that reside with Plaintiff Anna in Charles County, Maryland (hereinafter referred to collectively as "Siarkowski Family.").

2.      That Defendant, PETCO Animal Supplies, Inc., (hereinafter referred to as "PETCO"), is a Delaware corporation and has its principal place of business in San Deigo, California.  The PETCO conducts continuous, systematic, and significant business in the State of Maryland.

3.      That Defendant , Sun Pet LTD, (hereinafter referred to as "Sun Pet"), is a Georgia corporation and has its principal place of business in Atlanta, Georgia.  As of November 15, 2013 Defendant Sun Pet regularly sold live rats to PETCO for sale at PETCO's various retail stores, including the PETCO store located in Waldorf, Maryland.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

4.      That the facts giving rise to this cause of action occurred in Charles County, Maryland.

5.      That this Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332(a), as there is complete diversity of citizenship between the Plaintiffs and Defendants and the amount in controversy, excluding interests and costs, exceeds $75,000.00.

6.      That venue in this Court is proper under 28 U.S.C. § 1391(b) by virtue of the fact that the Plaintiff's purchased rats manufactured and placed in the stream of commerce by Sun Pet at PETCO's retail store in Waldorf, Maryland and a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred in Maryland.

7.      That based on the foregoing, the Defendants are subject to personal jurisdiction in Maryland.

## FACTS COMMON TO ALL COUNTS

8.      That on or about November 15, 2013, Plaintiff Anna purchased one small male Rattus norvegicus, commonly known as a dumbo rat, (hereinafter referred to as "Rat A") from the Petco Animal Supplies, Inc., store located at 3077 Waldorf Market Pl, Waldorf, MD 20603 (hereafter referred to as "PETCO store").

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

9.     That Rat A was purchased for approximately $13.99 and was being purchased as a household pet for Plaintiff NHS and Plaintiff BAS.

10.     That at the time of purchasing Rat A it was carrying rat bite fever, a bacterium that can cause serious illness and death when transmitted to humans. This bacteria, streptobacillus moniliformis, is commonly know as Rat Bite Fever (hereinafter referred to as "Rat Bite Fever").

11.     That after being purchased by Plaintiff Anna, Rat A was transported to 2260 Westwood Drive, Waldorf, Maryland 20601 to be kept as a family pet.

12.     That Plaintiffs Anna, BAS, and NHS were exposed to Rat A on a frequent and ongoing basis while Rat A was carrying the disease of Rat Bite Fever in their home.

13.     That Plaintiffs Anna, BAS, and NHS were all scratched by Rat A while in the ordinary course of handling and caring for Rat A. Furthermore, each of them came into contact with secretions of Rat A during the course of ownership. The Plaintiffs were exposed to Rat Bite Fever.

14.     That from November 15, 2013 through February 10, 2014, Rat A was kept in the Plaintiffs' home. During this period of time, there were no other rats in the Plaintiffs' home, nor did the Plaintiffs or Rat A have contact with any other rats or other rodents capable of transmitting Rat Bite Fever.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

15.     That on or about December 15, 2013 Plaintiff Anna returned to the PETCO store and purchased another small male Rattus norvegicus, commonly known as a dumbo rat, (hereinafter referred to as "Rat B"). Rat B was purchased as a companion rat for Rat A.

16.     That Rat B was purchased for approximately $13.99 and was being purchased as a household pet for Plaintiffs NHS and BAS.

17.     That at the time of purchasing Rat B it was also carrying Rat Bite Fever.

18.     That after being purchased by Plaintiff Anna, Rat B was transported to 2260 Westwood Drive, Waldorf, Maryland 20601 to be kept as a family pet and Rat B remained in that home until such time it was returned to PETCO.

19.     That the Plaintiffs Ann, BAS, and NHS were exposed to Rat B on a frequent and ongoing basis while Rat B was carrying Rat Bite Fever.

20.     That Plaintiffs Anna, BAS, and NHS were all scratched by Rat B while in the ordinary course of handling and caring for Rat B. Furthermore, each of them came into contact with secretions of Rat B during the course of ownership. The Plaintiffs were exposed to Rat Bite Fever.

21.     That from December 15, 2013 through February 10, 2014, Rat B was kept in the Plaintiffs' home. During this period of time, there were no other rats in the Plaintiffs' home, nor did the Plaintiffs or Rat A have contact with any

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

other rats or other rodents capable of transmitting Rat Bite Fever.

22.    That both Rat A and Rat B showed no signs of Rat Bite Fever infection or any illness while under the care, control, and custody of Plaintiffs Anna, BAS, and/or NHS.

23.    That the Plaintiff's did not contemplate the possibility of contracting a disease from the PETCO rats.

24.    That as a result of being exposed to Rat A and/or Rat B Plaintiff Anna, BAS, and NHS all contracted Rat Bite Fever.

25.    That the Plaintiffs Anna, BAS, and NHS all sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

26.    That the Plaintiffs Anna, BAS, and NHS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses, and have suffered and will continue to suffer physical and mental pain and suffering and discomfort.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

## ANNA SIARKOWSKI
## COUNT 1 - ASSAULT

27.     That Plaintiff Anna re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 26 of this Complaint.

28.     That PETCO and/or Sun Pet threatened to do bodily harm to Plaintiff Anna, with an apparent ability to carry out the threat.

29.     That PETCO and/or Sun Pet intended either to harm Plaintiff Anna or to put her in fear of said harm.

30.     That Plaintiff Anna was put in reasonable fear of imminent harm.

31.     That Plaintiff Anna did not consent to the actions of PETCO and/or Sun Pet.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, Individually, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

## ANNA SIARKOWSKI
## COUNT 2 - BATTERY

32.     That Plaintiff Anna re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 31 of this Complaint.

33.     That PETCO and/or Sun Pet intentionally touched Plaintiff Anna by and through the sale of Rat A and/or Rat B.

33.     That PETCO's and/or Sun Pet's intentional touching of Plaintiff Anna was harmful and/or offensive.

34.     That PETCO's and/or Sun Pet's intentional touching caused physical pain, injury, or illness to be suffered by Plaintiff Anna.

35.     That Plaintiff Anna did not consent to the actions of PETCO and/or Sun Pet.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, Individually, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

# ANNA SIARKOWSKI
## COUNT 3 - NEGLIGENCE

36.     That the Plaintiff Anna re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 35 of this Complaint.

37.     That PETCO and/or Sun Pet owed a duty to Plaintiff Anna to test, inspect, and maintain the animals/pets it is selling to the public to ensure the animals are safe; to maintain procedures, controls, and/or regulations to ensure that diseased animals are not being sold to their patrons; to warn purchasers of its animals/pets of the dangers associated with the animals that it is selling; to ensure it is are not exposing the public to infectious diseases; and to in all other ways act in a safe and prudent manner in the sale of small animals.

38.     That in spite of said duties, PETCO and/or Sun Pet did fail to test, inspect, and maintain the animals/pets it is selling to ensure they are safe; did fail to maintain procedures, controls, and/or regulations to prevent the sale of diseased animals; did fail to warn purchasers of its animals/pets of the dangers associated with said animals; did fail to prevent the spread of infectious diseases from the pets to the public; and did fail in all other ways act in a reasonable, safe and prudent manner in the sale of small animals, as will become apparent at trial.

39.     That Plaintiff Anna did not cause or contribute in any way to the incident that gives rise to this litigation.

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

40.     That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff Anna contracted Rat Bite Fever.

41.     That Plaintiff Anna sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

42.     That Plaintiff Anna incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, Individually, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

## ANNA SIARKOWSKI
## COUNT 4 - PRODUCTS LIABILITY

### A. Negligence

43.　　That the Plaintiff Anna re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 42 of this Complaint.

44.　　That PETCO and/or Sun Pet was the manufacturer of a product, specifically, Rat A and Rat B, which were sold to Plaintiff Anna.

45.　　That in the alternative, PETCO and/or Sun Pet was the seller of a product manufactured by another and represented that it manufactured and/or produced the products, specifically Rat A and Rat B, therefore PETCO and/or Sun Pet has the same duty of care as the manufacturer.

46.　　That PETCO and/or Sun Pet had a duty to use reasonable care in the design, manufacturing, testing, and inspection of the product to see that the product is safe for any reasonably foreseeable use; had a duty to give adequate warnings of the dangers of a product, which cannot be made safe for its reasonably foreseeable use, if they know or through reasonable use of care should have know that the dangerous condition would not be obvious to the user of the product; had a duty to make reasonable inspections and tests of material and/or products it is supplied by others to insure the finished product is reasonably safe for it reasonably foreseeable use.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

47.     That PETCO and/or Sun Pet failed to use reasonable care in the design, manufacturing, testing, and inspection of its' products, failed to give adequate warnings of the dangers of its' products, failed to make reasonable inspections and testing of products it was supplied by others, failed to use reasonable efforts to sell safe products, and failed in all other ways to fulfill its' duties to its' patrons as will become apparent at trial.

48.     That PETCO and/or Sun Pet sold the Plaintiff Anna products which were defective and dangerous, and said defects made the products unreasonably dangerous for their intended use.

49.     That at the time of the incident complained of, the products were in substantially the same condition as when they were delivered from PETCO and/or Sun Pet to the Plaintiff.

50.     That PETCO and/or Sun Pet knew or should have known that the Plaintiff and her family would be using the products without prior inspection or testing.

51.     That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff Anna contracted Rat Bite Fever.

52.     That Plaintiff Anna sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

53.    That Plaintiff Anna incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, Individually, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

### B.  Breach of Warranties

54.    That the Plaintiff Anna re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 53 of this Complaint.

55.    That the Plaintiff, Anna, purchased Rat A and Rat B from the Waldorf, Maryland PETCO store.

56.    That the Plaintiff Anna is informed, believes, and thereon alleges that prior to the sale of Rat A and/or Rat B to the Siarkowski Family, PETCO and/or Sun Pet  expressly warranted and held out that the products were ready to

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(308) 262-7900

be and capable of function properly and were safe for the intended use, that they were fit for the purpose intended and that the products were safe.

57.     That as a result of the sale of said products PETCO and/or Sun Pet made an implied warranty that the products were fit for the ordinary purposes for which the products are used.

58.     That as a result of the sale of said products PETCO and/or Sun Pet made an implied warrant of fitness for a particular purpose, and the Plaintiff, Anna, relied on PETCO and/or Sun Pet's skill or judgment to select or furnish suitable products and PETCO and/or Sun Pet had reason to know that the products were going to be used for a particular purpose.

59.     That Plaintiff Anna purchased Rat A and Rat B in reliance on the aforesaid warranties and representations.

60.     That Rat A and Rat B were dangerous, defective, and unsafe at the time of sale to Plaintiff Anna, and PETCO and/or Sun Pet breached the aforesaid warranties.

61.     That Plaintiff Anna gave reasonable notice of the dangers and/or defects to PETCO and/or Sun Pet.

62.     That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff Anna contracted Rat Bite Fever.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

63. That Plaintiff Anna sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

64. That Plaintiff Anna incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, Individually, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

### C. Strict Liability

65. That Plaintiff Anna re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 64 of this Complaint.

66. That Plaintiff Anna purchased Rat A and Rat B from the Waldorf, Maryland PETCO store.

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

67.     That the products that Plaintiff Anna purchased from PETCO and/or Sun Pet were in a defective and/or dangerous condition at the time they left possession or control of PETCO and/or Sun Pet.

68.     That the products sold by PETCO and/or Sun Pet were unreasonably dangerous.

69.     That the defect was the cause of the injuries sustained by the Plaintiff.

70.     That the products were expected to and did reach the Siarkowski Family without substantial changes in their condition.

71.     That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff Anna contracted Rat Bite Fever.

72.     That Plaintiff Anna sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

73.     That Plaintiff Anna incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

EUGENE M. ZOGLIO, P.A.
4500 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

74.     That the Plaintiff Anna is also entitled to an award of punitive damages, as at the time the PETCO rats were sold to the Plaintiff, Defendants were aware that diseased live rats are unreasonably dangerous products capable of causing serious injury or death. Despite this knowledge, Defendants willfully and maliciously continued to sell live rats to the general public without adequate warnings.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, Individually, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

## ANNA SIARKOWSKI
## COUNT 5 - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

75.     That Plaintiff Anna re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 74 of this Complaint.

76.     That PETCO and/or Sun Pet 's conduct in selling the diseased rats to the Plaintiff, Anna, was intentional or reckless.

77.     That PETCO and/or Sun Pet's conduct was extreme and outrageous, which caused emotional distress to the Plaintiff.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

78.    That the emotional distress suffered by the Plaintiff was severe.

79.    That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff Anna contracted Rat Bite Fever.

80.    That Plaintiff Anna sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

81.    That Plaintiff Anna incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, Individually, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

## ANNA SIARKOWSKI
## COUNT 6 - GROSS NEGLIGENCE

82.    That Plaintiff Anna re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 81 of this Complaint.

83.    That PETCO and/or Sun Pet was grossly negligent in selling the diseased rats to the Plaintiff, Anna as is defined by State law.

84.    That PETCO and/or Sun Pet's conduct was a gross deviation from the standard of care that would be exercised by a reasonable person, and was willful, wanton, and reckless actions.

85.    That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff Anna contracted Rat Bite Fever.

86.    That Plaintiff Anna sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

87.    That Plaintiff Anna incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, Individually, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

**ANNA SIARKOWSKI**
**COUNT 7 - RES IPSA LOQUITOR**

88.     That Plaintiff Anna re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 87 of this Complaint.

89.     That Rat Bite Fever is a relatively rare disease in the United States of America.

90.     That the Siarkowski Family contracted Rat Bite Fever after being exposed to and scratched by rats that were purchased from PETCO and/or Sun Pet.

91.     That selling two rats with Rat Bite Fever to the public is not an event that would ordinarily happen without negligence.

92.     That the rats that are the subject of this dispute, which caused the spread of Rat Bite Fever were in the exclusive control of PETCO and/or Sun Pet prior to the purchase by the Siarkowski Family.

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

93.     That no one else, including the Plaintiffs, caused the spread of Rat Bite Fever.

94.     That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff Anna, contracted Rat Bite Fever.

95.     That Plaintiff Anna sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

96.     That Plaintiff Anna incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, Individually, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

### ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF BAS, A MINOR
### COUNT 8 - ASSAULT

97.     That Plaintiff Anna, as Parent and Next Friend of BAS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 96 of this Complaint.

98.     That PETCO and/or Sun Pet threatened to do bodily harm to Plaintiff BAS with an apparent ability to carry out the threat.

99.     That PETCO and/or Sun Pet intended either to harm Plaintiff BAS or to put her in fear of said harm.

100.    That Plaintiff BAS was put in reasonable fear of imminent harm.

101.    That Plaintiff Anna and/or BAS did not consent to the actions of PETCO and/or Sun Pet.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of BAS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

EUGENE M. ZOGLIO, P.A.
6309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF BAS, A MINOR
### COUNT 9 - BATTERY

102.   That Plaintiff Anna, as Parent and Next Friend of BAS, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 101 of this Complaint.

103.   That PETCO and/or Sun Pet intentionally touched Plaintiff BAS by and through the sale of Rat A and/or Rat B.

104.   That PETCO and/or Sun Pet 's intentional touching of Plaintiff BAS was harmful and/or offensive.

105.   That PETCO and/or Sun Pet 's intentional touching caused physical pain, injury, or illness to be suffered by Plaintiff BAS.

106.   That Plaintiffs did not consent to the actions of PETCO and/or Sun Pet.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of BAS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF BAS, A MINOR
## COUNT 10 - NEGLIGENCE

107.    That Plaintiff Anna, as Parent and Next Friend of BAS, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 106 of this Complaint.

108.    That PETCO owed a duty to Plaintiff BAS to test, inspect, and maintain the animals/pets it is selling to the public to ensure the animals are safe; to maintain procedures, controls, and/or regulations to ensure that diseased animals are not being sold to its patrons; to warn purchasers of its animals/pets of the dangers associated with the animals that it is selling; to ensure it is not exposing the public to infectious diseases; and to in all other ways act in a safe and prudent manner in the sale of small animals.

109.    That in spite of said duties, PETCO and/or Sun Pet did fail to test, inspect, and maintain the animals/pets it is selling to ensure they are safe; did fail to maintain procedures, controls, and/or regulations to prevent the sale of diseased animals; did fail to warn purchasers of its animals/pets of the dangers associated with said animals; did fail to prevent the spread of infectious diseases from the pets to the public; and did fail to in all other ways act in a reasonable, safe and prudent manner in the sale of small animals, as will become apparent at trial.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

110.    That Plaintiff BAS did not cause or contribute in any way to the incident that gives rise to this litigation.

111.    That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff BAS contracted Rat Bite Fever.

112.    That Plaintiff BAS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

113.    That Plaintiff BAS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of BAS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF BAS, A MINOR
## COUNT 11 - PRODUCTS LIABILITY

### A. Negligence

114.    That Plaintiff Anna, as Parent and Next Friend of BAS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 113 of this Complaint.

115.    That PETCO and/or Sun Pet was the manufacturer of a product, specifically, Rat A and Rat B, which were sold to Plaintiff Anna and/or BAS.

116.    That in the alternative, PETCO and/or Sun Pet was the seller of a product manufactured by another and represented that it manufactured and/or produced the products, specifically Rat A and Rat B, therefore PETCO and/or Sun Pet has the same duty of care as the manufacturer.

117.    That PETCO and/or Sun Pet had a duty to use reasonable care in the design, manufacturing, testing, and inspection of the product to see that the product is safe for any reasonably foreseeable use; had a duty to give adequate warnings of the dangers of a product, which cannot be made safe for its reasonably foreseeable use, if they know or through reasonable use of care should have know that the dangerous condition would not be obvious to the user of the product; had a duty to make reasonable inspections and tests of material and/or products they are supplied by others to insure the finished product is reasonably

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

safe for it reasonably foreseeable use.

118.   That PETCO and/or Sun Pet failed to use reasonable care in the design, manufacturing, testing, and inspection of their products, failed to give adequate warnings of the dangers of their product, failed to make reasonable inspections and testing of products they were supplied by others, failed to use reasonable efforts to sell safe products, and failed in all other ways to fulfill their duties to their patrons as will become apparent at trial.

119.   That PETCO and/or Sun Pet sold Plaintiff Anna products, which were defective and dangerous, and said defects made the products unreasonably dangerous for its intended use.

120.   That at the time of the incident complained of, the products were in substantially the same condition as when they were delivered from PETCO and/or Sun Pet to the Plaintiff.

121.   That PETCO and/or Sun Pet knew or should have known that the Plaintiff and her family would be using the product without prior inspection or testing.

122.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff BAS contracted Rat Bite Fever.

123.   That Plaintiff BAS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash,

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

124.   That Plaintiff BAS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of BAS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

**B.  Breach of Warranties**

125.   That Plaintiff Anna, as Parent and Next Friend of BAS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 124 of this Complaint.

126.   That Plaintiff Anna, purchased Rat A and Rat B from the Waldorf, Maryland PETCO store.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

127.    That Plaintiff Anna is informed, believes, and thereon alleges that prior to the sale of Rat A and/or Rat B to the Siarkowski Family, PETCO and/or Sun Pet expressly warranted and held out that the products were ready to be and capable of functioning properly and were safe for the intended use, that they were fit for the purpose intended and that the product were safe.

128.    That as a result of the sale of said products PETCO and/or Sun Pet made an implied warranty that the products were fit for the ordinary purposes for which the products are used.

129.    That as a result of the sale of said products PETCO and/or Sun Pet made an implied warrant of fitness for a particular purpose, and the Plaintiff Anna, relied on PETCO and/or Sun Pet's skill or judgment to select or furnish suitable products and PETCO and/or Sun Pet had reason to know that the product was going to be used for a particular purpose.

130.    That Plaintiff Anna purchased Rat A and Rat B in reliance on the aforesaid warranties and representations.

131.    That Rat A and Rat B were dangerous, defective, and unsafe at the time of sale to Plaintiff Anna, and PETCO and/or Sun Pet breached the aforesaid warranties.

132.    That Plaintiff Anna gave reasonable notice of the dangers and/or defects to PETCO and/or Sun Pet.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

133.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff BAS contracted Rat Bite Fever.

134.   That Plaintiff BAS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

135.   That Plaintiff BAS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of BAS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

### C. Strict Liability

136.   That Plaintiff Anna, as Parent and Next Friend of BAS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1

EUGENE M. ZOGLIO, P.A.
4360 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

through 135 of this Complaint.

137.   That Plaintiff Anna  purchased Rat A and Rat B from the Waldorf, Maryland PETCO store.

138.   That the products that Plaintiff Anna purchased from PETCO and/or Sun Pet were in a defective and/or dangerous condition at the time it left possession or control of PETCO and/or Sun Pet.

139.   That the products were unreasonably dangerous.

140.   That the defect was the cause of the injuries sustained by the Plaintiff.

141.   That the products were expected to and did reach the Siarkowski Family without substantial changes in their condition.

142.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff BAS contracted Rat Bite Fever.

143.   That Plaintiff BAS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

144.   That Plaintiff BAS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

145.   That the Plaintiff BAS is also entitled to an award of punitive damages, as at the time the PETCO rats were sold to the Plaintiff, Defendants were aware that diseased live rats are unreasonably dangerous products capable of causing serious injury or death.  Despite this knowledge, Defendants willfully and maliciously continued to sell live rats to the general public without adequate warnings.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of BAS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF BAS, A MINOR
## COUNT 12 - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

146.   That Plaintiff Anna, as Parent and Next Friend of BAS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 145 of this Complaint.

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7600

147.   That PETCO and/or Sun Pet's conduct in selling the diseased rats to the Plaintiff Anna was intentional or reckless.

148.   That PETCO and/or Sun Pet's conduct was extreme and outrageous.

149.   That PETCO and/or Sun Pet's conduct caused emotional distress to the Plaintiff.

150.   That the emotional distress suffered by the Plaintiff was severe.

151.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff BAS contracted Rat Bite Fever.

152.   That Plaintiff BAS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

153.   That Plaintiff BAS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of BAS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF BAS, A MINOR
## COUNT 13 - GROSS NEGLIGENCE

154.   That Plaintiff Anna, as Parent and Next Friend of BAS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 153 of this Complaint.

155.   That PETCO and/or Sun Pet's was grossly negligent in selling the diseased rats to the Plaintiff Anna as is defined by State law.

156.   That PETCO and/or Sun Pet's conduct was a gross deviation from the standard of care that would be exercised by a reasonable person, and was willful, wanton, and reckless actions.

157.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff BAS contracted Rat Bite Fever.

158.   That Plaintiff BAS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

159.    That Plaintiff BAS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of BAS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF BAS, A MINOR
## COUNT 14 - RES IPSA LOQUITOR

160.    That Plaintiff Anna, as Parent and Next Friend of BAS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 159 of this Complaint.

161.    That Rat Bite Fever is a relatively rare disease in the United States of America.

162.    That the Siarkowski Family contracted Rat Bite Fever after being exposed to and scratched by rats that were purchased from PETCO and/or Sun Pet.

EUGENE M. ZOGLIO, P.A.
4305 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

163.   That selling two rats with Rat Bite Fever to the public is not an event that would ordinarily happen without negligence.

164.   That the rats that are the subject of this dispute, which caused the spread of Rat Bite Fever, were in the exclusive control of PETCO and/or Sun Pet prior to the purchase by the Siarkowski Family.

165.   That no one else, including the Plaintiffs, caused the spread of Rat Bite Fever.

166.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff BAS contracted Rat Bite Fever.

167.   That Plaintiff BAS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

168.   That Plaintiff BAS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of BAS, A Minor, demands judgment against Defendants,

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF NHS, A MINOR
### COUNT 15 - ASSAULT

169.    That Plaintiff Anna, as Parent and Next Friend of NHS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 168 of this Complaint.

170.    That PETCO and/or Sun Pet threatened to do bodily harm to Plaintiff NHS with an apparent ability to carry out the threat.

171.    That PETCO and/or Sun Pet intended either to harm Plaintiff NHS or to put her in fear of said harm.

172.    That Plaintiff NHS was put in reasonable fear of imminent harm.

173.    That Plaintiff Anna and/or NHS did not consent to the actions of PETCO and/or Sun Pet.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of NHS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF NHS, A MINOR
### COUNT 16 - BATTERY

174.    That Plaintiff Anna, as Parent and Next Friend of NHS,  re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 173 of this Complaint.

175.    That PETCO and/or Sun Pet intentionally touched Plaintiff NHS by and through the sale of Rat A and/or Rat B.

176.    That PETCO and/or Sun Pet 's intentional touching of Plaintiff NHS was harmful and/or offensive.

177.    That PETCO and/or Sun Pet 's intentional touching caused physical pain, injury, or illness to be suffered by Plaintiff NHS.

178.    That Plaintiffs did not consent to the actions of PETCO and/or Sun Pet.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of NHS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

additional relief as this Honorable Court deems appropriate.

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF NHS, A MINOR
## COUNT 17 - NEGLIGENCE

179.   That Plaintiff Anna, as Parent and Next Friend of NHS, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 178 of this Complaint.

180.   That PETCO owed a duty to Plaintiff NHS to test, inspect, and maintain the animals/pets it is selling to the public to ensure the animals are safe; to maintain procedures, controls, and/or regulations to ensure that diseased animals are not being sold to its patrons; to warn purchasers of its animals/pets of the dangers associated with the animals that it is selling; to ensure it is not exposing the public to infectious diseases; and to in all other ways act in a safe and prudent manner in the sale of small animals.

181.   That in spite of said duties, PETCO and/or Sun Pet did fail to test, inspect, and maintain the animals/pets it is selling to ensure they are safe; did fail to maintain procedures, controls, and/or regulations to prevent the sale of diseased animals; did fail to warn purchasers of its animals/pets of the dangers associated with said animals; did fail to prevent the spread of infectious diseases from the pets to the public; and did fail to in all other ways act in a reasonable, safe and prudent manner in the sale of small animals, as will become apparent at trial.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

182.   That Plaintiff NHS did not cause or contribute in any way to the incident that gives rise to this litigation.

183.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff NHS contracted Rat Bite Fever.

184.   That Plaintiff NHS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

185.   That Plaintiff NHS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of NHS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

**ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF NHS, A MINOR**

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7800

## COUNT 18 - PRODUCTS LIABILITY

### A. Negligence

186.    That Plaintiff Anna, as Parent and Next Friend of NHS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 185 of this Complaint.

187.    That PETCO and/or Sun Pet was the manufacturer of a product, specifically, Rat A and Rat B, which were sold to Plaintiff Anna and/or NHS.

188.    That in the alternative, PETCO and/or Sun Pet was the seller of a product manufactured by another and represented that it manufactured and/or produced the products, specifically Rat A and Rat B, therefore PETCO and/or Sun Pet has the same duty of care as the manufacturer.

189.    That PETCO and/or Sun Pet had a duty to use reasonable care in the design, manufacturing, testing, and inspection of the product to see that the product is safe for any reasonably foreseeable use; had a duty to give adequate warnings of the dangers of a product, which cannot be made safe for its reasonably foreseeable use, if they know or through reasonable use of care should have know that the dangerous condition would not be obvious to the user of the product; had a duty to make reasonable inspections and tests of material and/or products they are supplied by others to insure the finished product is reasonably safe for it reasonably foreseeable use.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

190.   That PETCO and/or Sun Pet failed to use reasonable care in the design, manufacturing, testing, and inspection of their products, failed to give adequate warnings of the dangers of their product, failed to make reasonable inspections and testing of products they were supplied by others, failed to use reasonable efforts to sell safe products, and failed in all other ways to fulfill their duties to their patrons as will become apparent at trial.

191.   That PETCO and/or Sun Pet sold Plaintiff Anna products, which were defective and dangerous, and said defects made the products unreasonably dangerous for its intended use.

192.   That at the time of the incident complained of, the products were in substantially the same condition as when they were delivered from PETCO and/or Sun Pet to the Plaintiff.

193.   That PETCO and/or Sun Pet knew or should have known that the Plaintiff and her family would be using the product without prior inspection or testing.

194.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff NHS contracted Rat Bite Fever.

195.   That Plaintiff NHS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

196.    That Plaintiff NHS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of NHS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

### B. Breach of Warranties

197.    That Plaintiff Anna, as Parent and Next Friend of NHS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 196 of this Complaint.

198.    That Plaintiff Anna, purchased Rat A and Rat B from the Waldorf, Maryland PETCO store.

199.    That Plaintiff Anna is informed, believes, and thereon alleges that

EUGENE M. ZOGLIO, P.A.
4308 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

prior to the sale of Rat A and/or Rat B to the Siarkowski Family, PETCO and/or Sun Pet expressly warranted and held out that the products were ready to be and capable of functioning properly and were safe for the intended use, that they were fit for the purpose intended and that the product were safe.

200.    That as a result of the sale of said products PETCO and/or Sun Pet made an implied warranty that the products were fit for the ordinary purposes for which the products are used.

201.    That as a result of the sale of said products PETCO and/or Sun Pet made an implied warrant of fitness for a particular purpose, and the Plaintiff Anna, relied on PETCO and/or Sun Pet's skill or judgment to select or furnish suitable products and PETCO and/or Sun Pet had reason to know that the product was going to be used for a particular purpose.

202.    That Plaintiff Anna purchased Rat A and Rat B in reliance on the aforesaid warranties and representations.

203.    That Rat A and Rat B were dangerous, defective, and unsafe at the time of sale to Plaintiff Anna, and PETCO and/or Sun Pet breached the aforesaid warranties.

204.    That Plaintiff Anna gave reasonable notice of the dangers and/or defects to PETCO and/or Sun Pet.

205.    That as a direct and proximate result of being exposed to and/or

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

scratched by Rat A and/or Rat B Plaintiff NHS contracted Rat Bite Fever.

206.    That Plaintiff NHS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

207.    That Plaintiff NHS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of NHS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

### C. Strict Liability

208.    That Plaintiff Anna, as Parent and Next Friend of NHS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 207 of this Complaint.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

209.    That Plaintiff Anna  purchased Rat A and Rat B from the Waldorf, Maryland PETCO store.

210.    That the products that Plaintiff Anna purchased from PETCO and/or Sun Pet were in a defective and/or dangerous condition at the time it left possession or control of PETCO and/or Sun Pet.

211.    That the products were unreasonably dangerous.

212.    That the defect was the cause of the injuries sustained by the Plaintiff.

213.    That the products were expected to and did reach the Siarkowski Family without substantial changes in their condition.

214.    That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff NHS contracted Rat Bite Fever.

215.    That Plaintiff NHS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

216.    That Plaintiff NHS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

mental pain and suffering and discomfort.

217.    That the Plaintiff NHS is also entitled to an award of punitive damages, as at the time the PETCO rats were sold to the Plaintiff, Defendants were aware that diseased live rats are unreasonably dangerous products capable of causing serious injury or death.  Despite this knowledge, Defendants willfully and maliciously continued to sell live rats to the general public without adequate warnings.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of NHS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF NHS, A MINOR
## COUNT 19 - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

218.    That Plaintiff Anna, as Parent and Next Friend of NHS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 217 of this Complaint.

219.    That PETCO and/or Sun Pet's conduct in selling the diseased rats to

EUGENE M. ZOGLIO, P.A.
4360 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

the Plaintiff Anna was intentional or reckless.

220.   That PETCO and/or Sun Pet's conduct was extreme and outrageous.

221.   That PETCO and/or Sun Pet's conduct caused emotional distress to the Plaintiff.

222.   That the emotional distress suffered by the Plaintiff was severe.

223.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff NHS contracted Rat Bite Fever.

224.   That Plaintiff NHS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

225.   That Plaintiff NHS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of NHS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7500

such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

### ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF NHS, A MINOR
### COUNT 20- GROSS NEGLIGENCE

226.   That Plaintiff Anna, as Parent and Next Friend of NHS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 225 of this Complaint.

227.   That PETCO and/or Sun Pet's was grossly negligent in selling the diseased rats to the Plaintiff Anna as is defined by State law.

228.   That PETCO and/or Sun Pet's conduct was a gross deviation from the standard of care that would be exercised by a reasonable person, and was willful, wanton, and reckless actions.

229.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff NHS contracted Rat Bite Fever.

230.   That Plaintiff NHS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

EUGENE M. ZOGLIO, P.A.
4300 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(301) 262-7900

231.    That Plaintiff NHS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of NHS, A Minor, demands judgment against Defendants, PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

## ANNA SIARKOWSKI, AS PARENT AND NEXT FRIEND OF NHS, A MINOR
## COUNT 21 - RES IPSA LOQUITOR

232.    That Plaintiff Anna, as Parent and Next Friend of NHS, A Minor, re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 231 of this Complaint.

233.    That Rat Bite Fever is a relatively rare disease in the United States of America.

234.    That the Siarkowski Family contracted Rat Bite Fever after being exposed to and scratched by rats that were purchased from PETCO and/or Sun Pet.

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

235.   That selling two rats with Rat Bite Fever to the public is not an event that would ordinarily happen without negligence.

236.   That the rats that are the subject of this dispute, which caused the spread of Rat Bite Fever, were in the exclusive control of PETCO and/or Sun Pet prior to the purchase by the Siarkowski Family.

237.   That no one else, including the Plaintiffs, caused the spread of Rat Bite Fever.

238.   That as a direct and proximate result of being exposed to and/or scratched by Rat A and/or Rat B Plaintiff NHS contracted Rat Bite Fever.

239.   That Plaintiff NHS sustained severe and permanent injuries and symptoms of Rat Bite Fever, including but not limited to, risk of death, rash, inflammation, sores, chills, fever, vomiting, headaches, muscle aches, joint pain and swelling, flu-like symptoms, and skin irritation, which required medical treatment and will require medical treatment into the future.

240.   That Plaintiff NHS incurred medical expenses for treatment and will continue to incur medical expenses in the future; suffered property damage and out-of-pocket expenses; and has suffered and will continue to suffer physical and mental pain and suffering and discomfort.

**WHEREFORE,** for the foregoing reasons, Plaintiff, Anna Siarkowski, as Parent and Next Friend of NHS, A Minor, demands judgment against Defendants,

EUGENE M. ZOGLIO, P.A.
4209 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500

PETCO and Sun Pet individually, and jointly and severally, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00); punitive damages to deter such future conduct on the part of the Defendants; plus costs and interest; and any additional relief as this Honorable Court deems appropriate.

EUGENE M. ZOGLIO, P.A.

By: _____
Justin D. Stuller, Esq.

_____
Barrett R. Schultz, Esq.
4309 Northview Drive
Bowie, Maryland 20716
(301) 262-7500
*Attorneys for the Plaintiff*

## DEMAND FOR JURY TRIAL

The Plaintiffs demand a trial by jury on all issues contained herein.

By: _____
Justin D. Stuller

_____
Barrett R. Schultz

EUGENE M. ZOGLIO, P.A.
4309 NORTHVIEW DRIVE
BOWIE, MARYLAND 20716
(300) 262-7500